UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| KENNETH HARRIS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 2:22-CV-48-DCLC-CRW |
| GREENE COUNTY, et al., | ) ) ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum and Order filed herewith, it is **ORDERED** and **ADJUDGED** that this prisoner's pro se civil rights action filed under 42 U.S.C. § 1983 is **DISMISSED** for failure to state a claim upon which relief may be granted. 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

Because the Court **CERTIFIED** in the Memorandum and Order that any appeal from this Order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT
 s/ *LeAnna R. Wilson*
 CLERK OF COURT